```
            FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

    2005 AUG 24  PH 1: 52

     LORETTA G. WHYTE
           CLERK
```

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

JANICE CLAY                                                CIVIL ACTION

VERSUS                                                     NO. 04-1555

ORLEANS PARISH SCHOOL BOARD ET AL.                         SECTION "F" (2)


## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:        Plaintiff's Motion to Establish the Amount of an Award of
               Attorney's Fees and Expenses, Record Doc. No. 67.

O R D E R E D :

 XXX :  DISMISSED AS MOOT in light of Judge Feldman's recent order granting
plaintiff's motion to reset the captioned case for trial, Record Doc. No. 78. IT IS
FURTHER ORDERED that the evidentiary hearing set before the undersigned
magistrate judge on October 27, 2005, is hereby CANCELLED.

                    New Orleans, Louisiana, this ⟨24th⟩ day of August, 2005.


                              JOSEPH C. WILKINSON, JR.
                           UNITED STATES MAGISTRATE JUDGE


```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Dec. No _____
```

Dockets.Justia.com