```
                                          FILED
                                     U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                     2005 AUG 24  PM 1:52

                                      LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE CLAY | CIVIL ACTION |
| VERSUS | NO. 04-1555 |
| ORLEANS PARISH SCHOOL BOARD ET AL. | SECTION "F" (2) |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiff's Motion to Establish the Amount of an Award of Attorney's Fees and Expenses, Record Doc. No. 67.

O R D E R E D:

 XXX : DISMISSED AS MOOT in light of Judge Feldman's recent order granting plaintiff's motion to reset the captioned case for trial, Record Doc. No. 78. IT IS FURTHER ORDERED that the evidentiary hearing set before the undersigned magistrate judge on October 27, 2005, is hereby CANCELLED.

New Orleans, Louisiana, this _24th_ day of August, 2005.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____
```